998 F.2d 1006
 U.S.
v.
Tabor Court Realty Corp., Raymond Colliery Co., McClellan
Realty Co., Inc., Lackawanna County, Pagnotti Enterprises,
Inc., Loree Associates, Tedesco (James J.), Ventre (Henry),
Pagnotti (Louis, II), Blue Coal Co., Gillen Coal Mining Co.,
Carbondale Coal Co., Moffat Premium Anthracite, Northwest
Mining, Inc., Maple City Coal Co., Powderly Corp., Clinton
Fuel Sales, Inc., Great American Coal Co., Solfanelli
(Joseph), General Electric Credit Corp., Commonwealth
 NOS. 92-7511, 92-7622
 United States Court of Appeals,
Third Circuit.
 June 08, 1993
 
 Appeal From: M.D.Pa.,
 Muir, J.
 
 
 1
 AFFIRMED.